UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAHEEM HARRITY, | 1:18-cv-13445 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| MR. STEVEN JOHNSON, et al., | |
| Respondents. | |

**APPEARANCES**:

Raheem Harrity
460023-C
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
    Petitioner pro se

Jill S. Mayer, Acting Camden County Prosecutor
Linda A. Shashoua, Acting Assistant Prosecutor
Camden County Prosecutor's Office
Appeals Unit
25 North Fifth Street
Camden, NJ 08102

**HILLMAN, District Judge**

 WHEREAS, Petitioner Raheem Harrity ("Petitioner"), a prisoner currently confined at the New Jersey State Prison in Trenton, New Jersey, has submitted an amended petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, see ECF No. 21; and

 WHEREAS, the Court ordered Respondent to answer the

petition on July 7, 2020, see ECF No. 23; and

WHEREAS, Respondent filed its answer on August 13, 2020, ECF No. 25; and

WHEREAS, Petitioner now requests additional time to file a reply to the answer, see ECF No. 26,

THEREFORE, IT IS on this  9th  day of September, 2020

ORDERED that Petitioner's motion for additional time, ECF No. 26, is granted; and it is further

ORDERED that Petitioner shall file his reply by October 2, 2020; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.


At Camden, New Jersey       s/ Noel L. Hillman
                            NOEL L. HILLMAN, U.S.D.J.